IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY SHERE, | |
| Plaintiff, | **8:13CV53** |
| vs. | |
| CITY OF BELLEVUE, NEBRASKA, CITY OF BELLEVUE FIRE AND RESCUE DEPARTMENT,  CITY OF BELLEVUE BUILDING PERMITS DEPARTMENT, | **MEMORANDUM AND ORDER** |
| Defendants. | |

A telephonic conference was held today on Plaintiff's motion to compel, (Filing No. 25), and Defendants' objection thereto, (Filing No. 31).  At the close of the conference, the parties moved to continue the progression schedule.  (Filing No. 38).  As discussed during the conference,

IT IS ORDERED:

1)      The plaintiff's motion to compel, (Filing No. 25), and the defendants' objection thereto, (Filing No. 31), are each granted in part and denied in part as set forth in the audio file of conference, (Filing No. 37).  The plaintiff's request for costs and attorney fees, (Filing No. 26, at CM/ECF p. 3), is denied.

2)      The parties motion to amend the progression schedule, (Filing No. 38), is granted as follows:

   a.      The trial and pretrial conference are continued pending further order of the court.

   b.      The conference call previously set for February 24, 2014 is continued.  A telephonic conference before the undersigned magistrate judge will be held on July 29, 2014 at 9:00 a.m. to discuss the status of case progression and potential settlement.  Counsel for plaintiff shall place the call.

2

c.      The deadline for serving written discovery is extended to February 9, 2014.

d.      The deposition deadline is continued to July 15, 2014.

e.      The deadline for filing motions to dismiss, motions for summary judgment, and Daubert motions is continued to August 1, 2014.

January 2, 2014.

BY THE COURT:

s/ Cheryl R. Zwart
United States Magistrate Judge