IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY SHERE,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF BELLEVUE, NEBRASKA, CITY OF BELLEVUE FIRE AND RESCUE DEPARTMENT, CITY OF BELLEVUE BUILDING PERMITS DEPARTMENT, CITY OF BELLEVUE, ET AL,<br><br>        Defendants. | **8:13CV53**<br><br>**ORDER** |

IT IS ORDERED:

The motion to substitute Angela F. Schmit as counsel of record, and to permit Aimee C. Bataillon to withdraw as counsel of record on behalf of the defendants, (filing no. 40), is granted.

June 3, 2014.

                                        BY THE COURT:

                                        *s/ Cheryl R. Zwart*<br>
                                        United States Magistrate Judge