IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JEREMY SHERE, | |
| Plaintiff, | **8:13CV53** |
| vs. | |
| CITY OF BELLEVUE, NEBRASKA, CITY OF BELLEVUE FIRE AND RESCUE DEPARTMENT,  CITY OF BELLEVUE BUILDING PERMITS DEPARTMENT,  CITY OF BELLEVUE, ET AL, | **MEMORANDUM AND ORDER** |
| Defendants. | |

After conferring with the parties,

1)      The plaintiff shall review and sign his deposition on or before July 31, 2014, after which the deposition shall be immediately provided to defense counsel.

2)      The summary judgment deadline is extended to August 4, 2014.

3)      The court finds the plaintiff adequately and timely disclosed Dr. Pamela M. Santamaria both as a lay and as a non-retained expert witness, and she is permitted to testify accordingly.  As such, the defendants' motion to quash, (Filing No. 44), is denied.

4)      The plaintiff's resistance to the motion to quash, (Filing No. 46), remains pending as to the issue of attorney fees and costs.

5)      The Pretrial Conference is scheduled to be held before the undersigned magistrate judge on **November 18, 2014** at **11:00 a.m.**, and will be conducted by WebEx Conferencing.  An email will be sent to counsel of record with the instructions and codes for participating in the pretrial conference by WebEx.  The parties' proposed Pretrial Conference Order and Exhibit List(s) must be emailed to zwart@ned.uscourts.gov, in either Word Perfect or Word format, by 5:00 p.m. on November 17, 2014.

6)    The jury trial of this case is set to commence before John M. Gerrard, United States District Judge, in the Special Proceedings Courtroom, Roman L. Hruska Federal Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:00 a.m. on December 1, 2014, or as soon thereafter as the case may be called, for a duration of five (5) trial days. This case is subject to the prior trial of criminal cases and such other civil cases as may be scheduled for trial before this one. Jury selection will be held at the commencement of trial.

July 29, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge